IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| LAWRENCE GOLDBLATT, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 4:10-CV-01183-DGK |
| MINA HERRON et al., | ) | |
| Defendants. | ) | |

## DENYING MOTIONS FOR INJUNCTIVE RELIEF

This case is almost identical to another before the Court, *Goldblatt v. Herron*, No. 4:09-CV-0748-DGK. Both cases arise from pro se Plaintiff Lawrence Goldblatt's unsuccessful attempt to refinance the mortgage on his home and avoid foreclosure.

Pending before the Court are Plaintiff's Motion for Preliminary Injunction Without Evidentiary Hearing or Oral Argument (doc. 10), and Plaintiff's Complaint for Preliminary Restraining Order, and for Temporary and Permanent Injunction (doc. 11). At the time Plaintiff filed the motions, the foreclosure process was on-going and Plaintiff hoped to stall the proceedings by seeking an injunction from this Court. The Court declined to issue an injunction because it had already denied a similar request from Plaintiff. *See Goldblatt v. Herron*, No. 4:09-CV-0748-DGK (W.D. Mo. Sept. 9, 2010) (order denying motion for expedited injunctive relief).

Defendants subsequently foreclosed on Plaintiff's home, a decision this Court lacks the power to overturn. *See*, *e.g.*, *In re Madera*, 586 F.3d 228, 232 (3d Cir. 2009) (holding the *Rooker-Feldman* doctrine bars an action which is inextricably intertwined with a state court's foreclosure judgment). Because the Court lacks the power to give Plaintiff the injunctive relief he requests, the motions are DENIED.

**IT IS SO ORDERED.**

DATE:  <u>August 15, 2011</u>                                      <u>/s/ Greg Kays                          </u>
                                                                                    GREG KAYS, JUDGE
                                                                                    UNITED STATES DISTRICT COURT