IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| LAWRENCE GOLDBLATT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:10-CV-01183-DGK |
| | ) | |
| MINA HERRON et al., | ) | |
| | ) | |
| Defendants. | ) | |

## DENYING MOTION FOR CLARIFICATION

This case is almost identical to another before the Court, *Goldblatt v. Herron*, No. 4:09-CV-0748-DGK. Both cases arise from pro se Plaintiff Lawrence Goldblatt's unsuccessful attempt to refinance the mortgage on his home and avoid foreclosure.

Pending before the Court is Plaintiff's "Motion for Clarification of the Court's December 17, 2010 Order Docket 87" (doc. 12). The order Plaintiff seeks clarification of was actually entered in case no. 4:09-0748. It states as follows:

> The Court is in receipt of various motions filed by Plaintiff. The Court notes that defendant Option One Mortgage Corporation was dismissed from this lawsuit on June 8, 2010, and American Home Mortgage Services Corporation was dismissed on September 2, 2010. Therefore, a response to Plaintiff's pending motions or future filings is not required from these defendants.

After carefully reviewing the order, the Court finds it needs no clarification, and the pending motion for clarification is DENIED.

**IT IS SO ORDERED.**

DATE: August 15, 2011              /s/ Greg Kays
                                   GREG KAYS, JUDGE
                                   UNITED STATES DISTRICT COURT