IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| LAWRENCE GOLDBLATT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:10-CV-01183-DGK |
| | ) | |
| MINA HERRON et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER DENYING MOTION TO STRIKE

Pending before the Court is Plaintiff's Motion to Strike Insufficient Defense From Reply (doc. 29). Plaintiff contends Defendants' suggestions in support of their Motion to Strike Plaintiff's Motion to Vacate "fail to set forth facts sufficient to constitute any defense to the claims set forth" in Plaintiff's Motion to Vacate Foreclosure.

Whether Defendants' brief sets forth sufficient facts to constitute a defense is a question that goes to the merits. Nothing in the brief is scandalous or submitted for any improper purpose, thus Defendants should be permitted to file their brief.

Plaintiff's motion is DENIED.

**IT IS SO ORDERED.**

DATE: August 15, 2011         /s/ Greg Kays
                              GREG KAYS, JUDGE
                              UNITED STATES DISTRICT COURT