IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| LAWRENCE GOLDBLATT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:10-CV-01183-DGK |
| ) | |
| MINA HERRON et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER DENYING MOTION TO COMPEL

Pending before the Court is Plaintiff's Motion to Compel Attorney Michael Wambolt to Provide a Proposed Revised Scheduling Order and Discovery Plan and to Compel Discovery (doc. 30). Plaintiff argues the Court should compel Mr. Wambolt to prepare a revised proposed scheduling order and discovery plan for consideration.

In light of the other orders entered contemporaneously with this one granting Defendants' various motions to dismiss, and the Court's decision to revisit its order granting Plaintiff leave to proceed *in forma pauperis*, the motion is DENIED.

**IT IS SO ORDERED.**

DATE: August 15, 2011            /s/ Greg Kays
                                 GREG KAYS, JUDGE
                                 UNITED STATES DISTRICT COURT